AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Mary Lou Pett,

                *Plaintiff,*

v.                                        Case No. 2:22−cv−11389−NGE−EAS
                                        Hon. Nancy G. Edmunds

Publishers Clearing House, Inc.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Publishers Clearing House, Inc.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

                E. Powell Miller
                950 W. University Drive
                Suite 300
                Rochester, MI
                48307

     If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*        By:  s/ K Brown
                                                              *Signature of Clerk or Deputy Clerk*

                                                              Date of Issuance: June 22, 2022



AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:22−cv−11389−NGE−EAS

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: _____

See attached affidavit
_____
*Server's Signature*

_____
*Printed Name and Title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# AFFIDAVIT OF SERVICE

| Case:<br>2:22-cv-11389-NGE-EAS | Court:<br>United States District Court for Eastern District of Michigan | County: | Job:<br>7383331 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MARY LOU PETT | | Defendant / Respondent:<br>PUBLISHERS CLEARING HOUSE, INC. | |
| Received by:<br>Joshua Lee / Rush Ready Serve | | For:<br>The Miller Law Firm | |
| To be served upon:<br>PUBLISHERS CLEARING HOUSE, INC. | | | |

I, Joshua Lee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Vincenza Capriano, Company: 28 Liberty Plz, New York, NY 10005
**Manner of Service:** Authorized, Jun 30, 2022, 3:24 pm EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jun 30, 2022, 3:24 pm EDT at Company: 28 Liberty Plz, New York, NY 10005 received by Vincenza Capriano. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'5"; Hair: Black; Eyes: Brown; Relationship: Intake Specialist ; Other: Caucasian, 50, female, 5-5, 150, black hair, brown eyes ;
Server arrived at the location, and was escorted to the 42nd floor to CT Corp, and the intake specialist accepted service for Publishers Clearing house, Inc.

Joshua Lee        Date 7/19/22
2095110-DCA

Joshua Lee / Rush Ready Serve
2851 Cropsey Ave Suite 130
Brooklyn, NY 11214
6465526070

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 07/01/2024        Commission Expires

STATE OF NEW YORK COUNTY OF KINGS
SWORN TO BEFORE ME,
This 19 Day of JUL 2022
JULIO SEGURA, COMMISSIONER OF DEEDS
STATE OF NY# 2-13505 QUAL. IN KINGS COUNTY
COMMISSION EXPIRES ON 07/01/2024