UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION FOR INITIAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Complaint Filed: June 22, 2022<br>Complaint Served: June 30, 2022 |

The Court, having read and considered Plaintiff Mary Lou Pett's ("Plaintiff") and Defendant Publishers Clearing House, Inc's. ("PCH" and, together with Plaintiff, the "Parties") stipulation seeking an order from the Court extending PCH's deadline to respond to Plaintiff's Class Action Complaint by 29 days to Friday, August 19, 2022 ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

1. The Stipulation is **GRANTED**; and

2. PCH's responsive pleading deadline is continued by 29 days to Friday, August 19, 2022.

**IT IS SO ORDERED.**

Dated: July 22, 2022

s/Denise Page Hood
United States District Court Judge