UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Complaint Filed:     June 22, 2022<br>Complaint Served:  June 30, 2022 |

      Plaintiff Mary Lou Pett ("Plaintiff") and Defendant Publishers Clearing House, Inc. ("PCH" and, together with Plaintiff, the "Parties") hereby file this stipulation seeking an order from the Court extending PCH's deadline to respond to Plaintiff's Class Action Complaint by 31 days to Monday, September 19, 2022 ("Stipulation"). Good cause exists to grant this Stipulation based on the following facts:

      1.    On June 22, 2022, Plaintiff filed in the United States District Court for the Eastern District of Michigan a class action complaint against PCH ("Complaint"), alleging that PCH violated Michigan's Preservation of Personal Privacy Act ("PPPA"). [Dkt. No. 1.]

      2.    Following Plaintiff's filing of her Complaint, PCH investigated and is continuing to investigate Plaintiff's cause of action and her allegations in support of same. The Parties have been meeting and conferring on the results of that investigation.

      3.    In light of that meet-and-confer process, the Parties filed on July 21, 2022 a stipulation to continue PCH's responsive pleading deadline by 29 days. [Dkt. No. 8.] The Court granted the stipulation on July 25, 2022, making PCH's current responsive pleading deadline August 19, 2022. [Dkt. No. 13.]

4. Since then, Plaintiff has identified an additional seven individuals who Plaintiff thinks may have a claim against PCH under the PPPA. PCH is investigating those individuals claims and, once complete, will meet and confer with Plaintiff on the results of the investigation.

5. Given the above and in light of the Parties' continuing meet-and-confer efforts, the Parties believe that the additional time requested herein will further allow the Parties to explore Plaintiff's and the other individuals' claims without engaging in costly and, potentially, unnecessary motions practice.

6. Therefore, the Parties respectfully request that the Court grant this Stipulation and continue PCH's responsive pleading deadline by 31 days to Monday, September 19, 2022.

**IT IS SO STIPULATED.**

Dated:  August 18, 2022                             Respectfully submitted,


By: s/  Frank S. Hedin

Frank S. Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305-357-2107
Fax: 305-200-8801
Email: fhedin@hedinhall.com
           aravindran@hedinhall.com

Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Tel: 646-837-7150
Fax: 212-989-9163
Email: pfraietta@bursor.com

*Counsel for Plaintiff and the Putative Class*

DATED: August 18, 2022          **BAKER & HOSTETLER LLP**

By: *s/ Matthew D. Pearson*
    Casie D. Collignon
    Matthew D. Pearson

    BAKER HOSTETLER LLP
    600 Anton Blvd., Suite 900
    Costa Mesa, CA 92626
    Tel.: 714-754-6600
    Facs.: 714-754-6611
    Email:mpearson@bakerlaw.com
    SBN 294302

Attorneys for Defendant
PUBLISHERS CLEARING HOUSE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Matthew D. Pearson*