## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>　　　　Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Complaint Filed:　　June 22, 2022<br>Complaint Served:　June 30, 2022 |

　　　　The Court, having read and considered Plaintiff Mary Lou Pett's ("Plaintiff") and Defendant Publishers Clearing House, Inc's. ("PCH" and, together with Plaintiff, the "Parties") stipulation seeking an order from the Court extending PCH's deadline to respond to Plaintiff's Class Action Complaint by 31 days to Monday, September 19, 2022 ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

　　　　1.　　The Stipulation is **GRANTED**; and

　　　　2.　　PCH's responsive pleading deadline is continued by 31 days to Monday, September 19, 2022.

**IT IS SO ORDERED.**


Dated:  August 19, 2022　　　　　　　　　　　　s/Denise Page Hood
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge