UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO SET DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:     June 22, 2022<br>Complaint Served:  June 30, 2022 |

Plaintiff Mary Lou Pett ("Plaintiff") and Defendant Publishers Clearing House, Inc. ("PCH" and, together with Plaintiff, the "Parties") hereby file this stipulation seeking an order from the Court permitting Plaintiff to file her First Amended Complaint ("FAC") on or before September 19, 2022 and setting October 19, 2022 as PCH's deadline to file its responsive pleading to the FAC ("Stipulation"). Good cause exists to grant this Stipulation based on the following facts:

1. On June 22, 2022, Plaintiff filed in the United States District Court for the Eastern District of Michigan a class action complaint against PCH ("Complaint"), alleging that PCH violated Michigan's Preservation of Personal Privacy Act ("PPPA"). [Dkt. No. 1.]

2. Following Plaintiff's filing of her Complaint, PCH investigated and is continuing to investigate Plaintiff's cause of action and her allegations in support of same. The Parties have been meeting and conferring on the results of that investigation.

3. In light of that meet-and-confer process, the Parties filed on July 21, 2022 a stipulation to continue PCH's responsive pleading deadline by 29 days. [Dkt. No. 8.] The Court

granted the stipulation on July 25, 2022, making PCH's current responsive pleading deadline August 19, 2022.  [Dkt. No. 13.]

4.	Since then, Plaintiff has identified an additional seven individuals who Plaintiff thinks may have a claim against PCH under the PPPA.  PCH is investigating those individuals claims and, once complete, will meet and confer with Plaintiff on the results of the investigation.

5.	In addition to identifying these additional seven individuals, Plaintiff sent to PCH a draft of her FAC, requesting that PCH stipulate to its filing.

6.	The Parties met and conferred and agreed that:

   a.	The Parties would stipulate to Plaintiff filing the FAC on or before September 19, 2022 (i.e., PCH's current responsive pleading deadline); and

   b.	PCH's deadline to file its responsive pleading to the FAC would be October 19, 2022 to allow:

      i.	PCH to complete its investigation into the claims of the additional Plaintiffs named in the FAC; and

      ii.	The Parties to further meet and confer on those claims before engaging in any motions practice.

7.	Therefore, the Parties respectfully request that the Court grant this Stipulation and enter an order:

   a.	Permitting Plaintiff to file, on or before September 19, 2022, her FAC; and

   b.	Setting PCH's deadline to respond to the FAC as October 19, 2022.

**IT IS SO STIPULATED.**

Dated:  September 15, 2022                     Respectfully submitted,

                                                          By: *s/  Frank S. Hedin*

        Frank S. Hedin
        Arun G. Ravindran
        HEDIN HALL LLP
        1395 Brickell Avenue, Suite 1140
        Miami, Florida 33131
        Tel: 305-357-2107
        Fax: 305-200-8801
        Email:     fhedin@hedinhall.com
                        aravindran@hedinhall.com

        Philip L. Fraietta
        BURSOR & FISHER, P.A.
        888 Seventh Avenue
        New York, NY 10019
        Tel: 646-837-7150
        Fax: 212-989-9163
        Email:     pfraietta@bursor.com

*Counsel for Plaintiff and the Putative Class*

Dated: September 15, 2022                     By: *s/  Matthew D. Pearson*

        Casie D. Collignon
        Matthew D. Pearson
        BAKER HOSTETLER LLP
        600 Anton Blvd., Suite 900
        Costa Mesa, CA  92626
        Tel.: 714-754-6600
        Facs.: 714-754-6611
        Email:     mpearson@bakerlaw.com
        SBN 294302

*Attorneys for Defendant*
PUBLISHERS CLEARING HOUSE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I caused to be electronically filed the foregoing **STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO SET DEFENDANT'S RESPONSIVE PLEADING DEADLINE** using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew D. Pearson*
