# Exhibit B

# Publishers Clearing House Book, Music & Video Buyers Mailing List

These buyers of books, videos, or music are generated from PCH's sweepstakes mailings.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | | COUNTS THROUGH 06/30/2022 |
|---|---|---|
| 1,429,511 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| | BOOK/VIDEO/MUSIC BUYERS | + $10.00/M |
| 150,611 | AVG. MONTHLY HOTLINE | + $15.00/M |
| 313,209 | AVG. QUARTERLY HOTLINE | + $10.00/M |

**DESCRIPTION**

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of quality merchandise at affordable prices. These buyers are generated from PCH's various sweepstakes mailings. These consumers are music, book & video enthusiasts and spend their discretionary income on a variety of merchandise for their entertainment and enjoyment. They are ideal prospects for a variety of offers including: books, music, video, general merchandise, credit card, fundraising, insurance, membership and club continuity offers.

This is a product select off the Publishers Clearing House Merchandise file.

PROFILE/DEMOGRAPHICS:

Buyers of a wide variety of Books, Videos, and music products.

Source: 100% direct mail sold!

Gender: 70% Female; 30% Male.

Average sale: 30.00

Selects include: New to File, Multibuyers, COAs, Dollar Amount, Paid as well as being enhanced by Datamatch with hundreds of lifestyle and demographic selects.

| | |
|---|---|
| POPULARITY: | ●●●●● 98 |
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 70% FEMALE 30% MALE |

| SELECTS | |
|---|---|
| ADD'L SELECTS | |
| KEYING | $2.00/M |
| MULTI-BUYERS/NEW TO FILE | $10.00/M |
| PROFILE/DEMOGRAPHICS | |
| RUNNING CHARGES | $10.00/M |
| STATE/SCF/GENDER | $5.00/M |
| ZIP | $10.00/M |
| ZIP +4 | $3.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| SECURE FTP | $50.00/F |

**RELATED LISTS**

- PUBLISHERS CLEARING HOUSE MERCHANDISE BUYERS
- OLDIES.COM
- FRANK CAWOOD & ASSOCIATES MASTERFILE
- TV GUIDE
- FRANK CAWOOD & ASSOCIATES HEALTH BOOK BUYERS
- PUBLISHERS CLEARING HOUSE MAGAZINE BUYERS
- COUNTRY STORE
- ANNIE'S - GOOD OLD DAYS MAGAZINE
- ALOES INTERNATIONAL
- PUBLISHERS CLEARING HOUSE BUYERS MASTERFILE