UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TO SET DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:  June 22, 2022<br>Complaint Served:  June 30, 2022 |

The Court, having read and considered Plaintiff Mary Lou Pett's ("Plaintiff") and Defendant Publishers Clearing House, Inc's. ("PCH" and, together with Plaintiff, the "Parties") stipulation seeking an order from the Court permitting Plaintiff to file her First Amended Complaint ("FAC") on or before September 19, 2022 and setting October 19, 2022 as PCH's deadline to file its responsive pleading to the FAC ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

1. The Stipulation is **GRANTED**;

2. Plaintiff shall file on or before September 19, 2022 her FAC; and

3. PCH's deadline to file its responsive pleading to the FAC is October 19, 2022.

**IT IS SO ORDERED.**

Dated:  September 21, 2022

s/Denise Page Hood
United States District Court Judge