# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| A | Class Action Complaint (Dkt. No. 1) *Leigh Wheaton; Jill Paul and Trevor Paul v. Apple Inc.* USDC, Northern District of California Case No. 5:19-CV-02883 |
| B | First Amended Class Action Complaint (Dkt. No. 16) *John Nashel and Tim Robinson v. The New York Times Company* USDC, Eastern District of Michigan Case No. 2:22-CV-10633 |