# Exhibit A

# Publishers Clearing House Magazine Buyers Mailing List

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of magazine subscriptions generated from PCH's various sweepstakes mailings.

[Get Count] [Get Pricing] [Get More Information]

| SEGMENTS | COUNTS THROUGH 06/30/2022 | |
|---|---|---|
| 647,541 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 7,500 | AVG. MONTHLY HOTLINE BUYERS | + $15.00/M |
| 20,000 | QUARTERLY HOTLINE BUYERS | + $10.00/M |
| 5,000 | MONTHLY CHANGE OF ADDRESS | + $15.00/M |

| POPULARITY: | ••••• 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 70% FEMALE 30% MALE |

**DESCRIPTION**

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of magazine subscriptions generated from PCH's sweepstakes mailings. 100% direct mail sold. These buyers have purchased from over 100 popular titles in a wide variety of interest categories.

Ideal prospects for magazine subscriptions, general merchandise, publishing, fundraising, credit card, home, garden, ethnic, children, family, education, music and book clubs, health and fitness, mature, travel, hobbies, collectibles, and sports offers.

PROFILE/DEMOGRAPHICS:

GENDER: 70% Female; 30% Male

SOURCE: 100% Direct Mail

AVERAGE SALE: $30.00

The file is selectable in a variety of ways including: Subscription Category, New to File, Multibuyers, COA's, Paid and Dollar Amount ($0-$20; $20+; $30+; $40+).

| SELECTS | |
|---|---|
| 1 - $20 | $10.00/M |
| KEYING | $2.00/M |
| MULTI-BUYERS/NEW TO FILE | $10.00/M |
| OVER $20 | $20.00/M |
| PAID | $10.00/M |
| RUNNING CHARGES | $10.00/M |
| STATE/SCF/GENDER | $5.00/M |
| SUBSCRIPTION CATEGORIES | $10.00/M |
| ZIP | $10.00/M |
| ZIP +4 | $3.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| SECURE FTP | $50.00/F |

**RELATED LISTS**
- I-BEHAVIOR DATABASE
- PROFILE AMERICA POSTAL AND EMAIL MASTERFILE
- PUBLISHERS CLEARING HOUSE MERCHANDISE BUYERS
- CAROL WRIGHT GIFTS CATALOG BUYERS
- AMERIMARK ENHANCED MASTERFILE
- ALLIANT DIRECT AUDIENCES - MASTERFILE
- AMERILINK CONSUMER DATABASE
- DR. LEONARD'S HEALTHCARE