# Exhibit C



SEARCH

- CONSUMER MARKETING
- B2B MARKETING
- MARTECH
- CHANNELS
- EVENTS & HONORS
- DIRECTORIES

DIGITAL FEATURES
REPORTS/WHITE PAPERS
WEBINARS
SUBSCRIBE

PARTNER CONTENT
NEWSLETTER
JOBS

HOME -> List Services Corp. to Manage PCH Files

# LIST SERVICES CORP. TO MANAGE PCH FILES

Posted on March 20, 2002 by Chief Marketer Staff

Publishers Clearing House is expected to announce next week that List Services Corp. has been named to manage its mailing lists. The files will be available April 1, sources said.

The files include magazine buyers, merchandise buyers, sweeps nos entries and pch.com buyers and entrants, Linda Gewirtz, senior director-prospect marketing for PCH, told DIRECT Newsline in February. No counts were available.

At least three companies were thought to be in contention for the files: List Services Corp., Bethel, CT., Direct Media Inc., Greenwich, CT. and Walter Karl, Pearl River, NY, sources said.

Officials at PCH could not be reached for comment Wednesday.

The Port Washington, NY-based PCH has not had lists on the market since the early 1990s, when it marketed its sweeps nos and merchandise files. The files were available for only a brief period when the company withdrew them because of concerns about the privacy issue. The firm hopes to generate revenue and to open the door to list exchanges by making the files available.

PCH has diversified beyond selling magazine subscriptions and now offers general merchandise, collectibles and home entertainment products like books and videos.

## RELATED POSTS

**Customer Health a Top B2B Priority For Next Year: Forrester's 2023 Marketing and Sales Predictions**
November 4, 2022 by Kaylee Hultgren

**10 Lessons Learned About Brand Awareness From Wyman's National Mobile Tour**
November 4, 2022 by Chief Marketer Staff - Brand Awareness

**Inside Ocean Spray's Cross-Channel Holiday Marketing Campaigns**
November 4, 2022 by Chief Marketer Staff - Content Marketing

**How Four Brands Are Crafting Halloween-Themed Metaverse Activations**
October 28, 2022 by Chief Marketer Staff - Halloween

**Paid Search to Drive Ecommerce: Five Considerations For Marketers**
November 4, 2022 by Chief Marketer Staff - Channel Marketing

**Amazon UnBoxed Conference: Achieving an Inclusive Workforce Through 'Diversity By Design'**
October 28, 2022 by Kaylee Hultgren - Diversity And Inclusion

NEXT   PREV

0 Comments    1 Login

Start the discussion…

LOG IN WITH    OR SIGN UP WITH DISQUS

### FEATURED / TRENDING NOW

**CPG Brands Lean Into Quirky Culinary Events to Engage Consumers**
by Chief Marketer Staff - CPG Brands

**General Motors Partners With NBCU, Advances First-Party Data Strategy**
by Chief Marketer Staff - Automotive Marketing

**Field Report: How 12 Brands Showed Up for Superfans at San Diego Comic-Con**
by Chief Marketer Staff - AMC

**Twilio Survey: Top Consumer Pain Points When Dealing With Customer Support**
by Kaylee Hultgren - Customer Engagement



**CHIEF MARKETER VIDEOS**

September 21, 2021 by Chief Marketer Staff
"Trapped in Advertising" sounds like a hashtag you might use after a bad day at work, but for Pringles and Adult Swim, it was a year-long, pop culture-forward campaign aimed at ad-averse 18- to 35-year-old "Rick and Morty" fans. The goal was to sustain engagement and become part of the cultural conversation in order to…

View More