# Exhibit D

**Publishers Clearing House**

Home  About PCH Data  Datacards

# About Publishers Clearing House Data

## PCH Facts



- Average Monthly HL: 733,500
- 85+ Continuation Mailers
- 4 Million+ Buyers
- 3:1 Continuation Ratio

*Publishers Clearing House*, founded in 1953, is a multi-channel direct marketing company that offers discounted magazine subscriptions and general merchandise to consumers with the chance to enter and win one of their many ongoing sweepstakes. PCH is headquartered in Port Washington, NY – the same town where the founder, Harold Mertz, started the company in his garage.

Visit *Publishers Clearing House* online at: pch.com

## PCH Customer Profile

Average order $30
average age - 65
average income $55,000
70% female and 30% male
most are married, educated, and home owners.

### Subscription Categories Include:

Fashion
Business/Financial
Computer/Electronics
Entertainment
Ethnic
Food/Cooking
Games/Contests
Fitness
Hobbies
Home/Garden
Kids/Education
Mature
Men's Interest
Nature
News
Outdoors/Sports
Pets
Religious
Travel

## PCH Buyers Masterfile

Update Schedule: Monthly
100% direct mail sold

### Product Categories Include:

Book/Video/Music
Children's; Collectibles
Cooking; Food Gifts
Healthcare; Holiday
Household
Jewelry/Beauty/Fashion
Gardening/Outdoors
Religious
Auto
Sports
Pets
Domestics
Home Décor
Everything for Your Home

### Selects Available:

Product/Subscription Category
New to File
Multibuyers
Dollar (under $20; $20+; $30+; $40+)
Paid
COAs

## Contact LSC

Get in touch with List Services Corporation to find out about utilizing *Publishers Clearing House* data for your next marketing campaign!

**John Brady**
*Assistant Vice President*
203-791-4191
jbrady@listservices.com

**Isabel Figueiredo**
*Sales Coordinator*
203-791-4475
isabel@listservices.com

**Matt Potts**
*Enhanced Sales Director*
203-791-4440
mpotts@listservices.com

If you would like to make list or alternative media recommendations on any of your managed properties to PCH, please contact:

**Virginia Benoit**
*SVP, Brokerage Sales*
203-791-4424
vbenoit@listservices.com