# Exhibit E

Mailing List: Publishers Clearing House Modeling Masterfile by List Services Corp.

Case 2:22-cv-11389-DPH-EAS ECF No. 22-6, PageID.1283 Filed 11/08/22 Page 2 of 3

11/7/22, 12:46 PM

The Wayback Machine - https://web.archive.org/web/20140911091320/http://datacards.listservices.com/market;jsessionid=982BEB64CB3106F77E…

# Mailing Lists from List Services

Back to listservices.com

Refine search | New Search    Request More Information | Print | Email



The PCH Modeling Masterfile uses selected enhancement data and PCH's house variables as predictors to create the models. By identifying your best customers with their unique characteristics, and matching them to PCH's customers, you can significantly increase responses.

For more information please contact John Brady by calling (203) 791-4191 or emailing jbrady@listservices.com

| SEGMENTS | | PRICE |
|---|---|---|
| 4,607,577 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| | Scoring fee | + $25.00/M |

### DESCRIPTION

The Publishers Clearing House Modeling Database uses selected enhanced data and PCH's house variables as predictors to create the model. By identifying a mailer's best customers, their unique characteristics and matching them to PCH's customers, mailers can increase response and mail deeper into PCH's files.

Three Types of Models available include:
1. Mailed Cross-Sample Model
   - Qualified cross-section of PCH universe is mailed, preferably based on analysis of mailers past campaigns or best customers.
   - Snapshot of PCH Database is retained.
   - When enough time has elapsed to measure profitable response, a model is developed too predict it.
   - Requires 6 weeks once sample is mature.

2. Historical Mail Match Model
   - Names mailed and response information is sent from mailer's past prospecting campaigns (at least 500,000 mailed names).
   - Model is constructed by matching against PCH Database and differentiating profitable vs. unprofitable names.
   - PCH names (if any) must be identified.
   - Requires 6 weeks from the time historical data is received.

| ID NUMBER | |
|---|---|
| NextMark | 279809 |
| 82067 | |
| **UNIVERSE** | |
| 4,607,577 | |
| **LIST TYPE** | |
| Consumer | 📧 mail |
| **SOURCE** | |
| Direct mail sold | |
| **PERMISSION LEVEL** | |
| **LIST MAINTENANCE** | |
| Counts through | 12/31/2014 |
| Last update | 06/30/2014 |
| Next update | 12/31/2014 |
| **SELECTS** | |
| Profile/Demographics | |
| **GEOGRAPHY** | |
| Domestic (US) | |
| **UNIT OF SALE INFORMATION** | |
| Average: | $30 |
| **GENDER PROFILE** | |
| Male: | 30% |
| Female: | 70% |
| **AVERAGE INCOME** | |
| Dollar: | $55,000 |
| **MINIMUM ORDER** | |
| Quantity: | 50,000 |
| Dollar: | $ |
| **NET NAME ARRANGEMENTS** | |

Mailing List: Publishers Clearing House Modeling Masterfile by List Services Corp.

Case 2:22-cv-11389-DPH-EAS, ECF No. 22-6, PageID.1284 Filed 11/08/22 Page 3 of 3

11/7/22, 12:46 PM

3. Best Customer Match Model (AKA Look-a-Like or Profile)
   - Mailer provides at least 200,000 top customers.
   - Model is constructed by matching against PCH Database and differentiating matches and non-matches.
   - Requires 6 weeks from the time samples are received.

Profile/Demographics:
Average Age Range: 55-65
Average income: $55,000
Source: 100% direct mail sold
83% own a home
40% have children in the household
63% donate to charities
90% have a credit card
81% have traveled in the past year

| | |
|---|---:|
| **Net Name is allowed.** | |
| Floor: | **0%** |
| Min Qty: | **0** |
| Run Charges: | |
| **EXCHANGES** | |
| **Exchange is not allowed** | |
| **KEY CODING** | |
| **Key Coding is available** | |
| Charges: | |
| **ADDRESSING** | |
| FTP | 50.00/M |

**ADDITIONAL NOTES**

**CONTACTS**

| NAME | ROLE | EMAIL | PHONE | FAX |
|---|---|---|---|---|
| ★ John Brady | Assistant Vice President | jbrady@listservices.com | (203) 791-4191 | |

★ = Primary contact

[Terms of Use](#)

mailing lists powered by **NextMark**

©2012 List Services Corporation | listservices.com