# Exhibit F

Case 2:22-cv-11389-DPH-EAS ECF No. 22-7, PageID.1286 Filed 11/08/22 Page 2 of 3

11/7/22, 1:17 PM
Mailing List: Publishers Clearing House Buyers Masterfile by List Services Corp.

# Mailing Lists from List Services

[Back to lscmarketinggroup.com]

Refine search | New Search         Request More Information | Print | Email



Publishers Clearing House offers promotionally responsive buyers of quality magazines and merchandise in this masterfile.

For more information please contact John Brady by calling (203) 791-4191 or emailing jbrady@lscmarketinggroup.com

| SEGMENTS | | PRICE |
|---|---|---|
| 3,620,503 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 700,000 | Avg. Monthly Hotline Buyers | + $15.00/M |
| 1,384,837 | Quarterly Hotline Buyers | + $10.00/M |
| 44,778 | Monthly Change of Address | + $15.00/M |

**DESCRIPTION**

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of quality magazines and merchandise at affordable prices. They are buyers of general merchandise, collectibles, audio, jewelry, horticultural items, books, videos and magazines. These buyers are generated from PCH's various sweepstakes mailings and are ideal prospects for general merchandise, publishing, fundraising, credit card, home, garden, children & family, music & book clubs, health & beauty, sports, travel, inspirational, gifts & collectible offers.
PROFILE/DEMOGRAPHICS:
Buyers of a wide variety of general merchandise and magazine subscriptions. Source: 100% direct mail sweepstakes generated!
Gender: 70% Female; 30% Male.
Average sale: 30.00
Selectable by Product Category, New to File, Multibuyers, COAs, Dollar Amount and Paid.

**ADDITIONAL NOTES**

| ID NUMBER | |
|---|---|
| NextMark | 96245 |
| 10177 | |
| **UNIVERSE** | |
| 3,620,503 | |
| **LIST TYPE** | |
| Consumer | 📧 mail |
| **SOURCE** | |
| Direct mail sold | |
| **PERMISSION LEVEL** | |
| **LIST MAINTENANCE** | |
| Counts through | 10/31/2022 |
| Last update | 10/12/2022 |
| Next update | 11/18/2022 |
| **SELECTS** | |
| COA's | |
| DOLLAR AMOUNT | |
| KEYING | 2.00/M |
| MULTI-BUYERS/NEW TO FILE | 10.00/M |
| PAID | 10.00/M |
| PRODUCT CATEGORIES | 10.00/M |
| RUNNING CHARGES | 10.00/M |
| STATE/SCF/GENDER | 8.00/M |
| ZIP | 10.00/M |
| ZIP +4 | 3.00/M |
| **GEOGRAPHY** | |
| Domestic (US) | |
| **UNIT OF SALE** | |

| INFORMATION | |
|---|---|
| Average: | **$30** |
| **GENDER PROFILE** | |
| Male: | **30%** |
| Female: | **70%** |
| **AVERAGE INCOME** | |
| Dollar: | **$** |
| **MINIMUM ORDER** | |
| Quantity: | **5,000** |
| Dollar: | **$** |
| **NET NAME ARRANGEMENTS** | |
| **Net Name is allowed.** | |
| Floor: | **0%** |
| Min Qty: | **0** |
| Run Charges: | |
| **EXCHANGES** | |
| **Please inquire.** | |
| **KEY CODING** | |
| **Key Coding is available** | |
| Charges: | **2 /M** |
| **ADDRESSING** | |
| SECURE FTP | 50.00/F |

**CONTACTS**

| | NAME | ROLE | EMAIL | PHONE | FAX |
|---|---|---|---|---|---|
| | Isabel Figueiredo | | isabel@lscmarketinggroup.com | (203) 791-4475 | (203) 778-4299 |
| ★ | John Brady | Assistant Vice President | jbrady@lscmarketinggroup.com | (203) 791-4191 | |

★ = Primary contact

Terms of Use

*mailing lists powered by* NextMark

©2012 LSC Marketing Group I lscmarketinggroup.com

HTTP Status 404

