# Exhibit G



# Publishers Clearing House Buyers Masterfile Mailing List

Publishers Clearing House offers promotionally responsive buyers of quality magazines and merchandise in this masterfile.

Get Count    Get Pricing    Get More Information

| SEGMENTS | | COUNTS THROUGH 10/31/2022 |
|---|---|---|
| 3,620,503 | TOTAL UNIVERSE / BASE RATE | $100.00/M |
| 700,000 | AVG. MONTHLY HOTLINE BUYERS | + $15.00/M |
| 1,384,837 | QUARTERLY HOTLINE BUYERS | + $10.00/M |
| 44,778 | MONTHLY CHANGE OF ADDRESS | + $15.00/M |

**DESCRIPTION**

Publishers Clearing House offers promotionally responsive and credit-worthy buyers of quality magazines and merchandise at affordable prices. They are buyers of general merchandise, collectibles, audio, jewelry, horticultural items, books, videos and magazines. These buyers are generated from PCH's various sweepstakes mailings and are ideal prospects for general merchandise, publishing, fundraising, credit card, home, garden, children & family, music & book clubs, health & beauty, sports, travel, inspirational, gifts & collectible offers.

PROFILE/DEMOGRAPHICS:

Buyers of a wide variety of general merchandise and magazine subscriptions. Source: 100% direct mail sweepstakes generated!

Gender: 70% Female; 30% Male.

Average sale: 30.00

Selectable by Product Category, New to File, Multibuyers, COAs, Dollar Amount and Paid.

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #96245 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS ALLOWED

| POPULARITY: | ▬▬▬▬▬ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | ✉ |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 70% FEMALE 30% MALE |

| SELECTS | |
|---|---|
| COA'S | |
| DOLLAR AMOUNT | |
| KEYING | $2.00/M |
| MULTI-BUYERS/NEW TO FILE | $10.00/M |
| PAID | $10.00/M |
| PRODUCT CATEGORIES | $10.00/M |
| RUNNING CHARGES | $10.00/M |
| STATE/SCF/GENDER | $8.00/M |
| ZIP | $10.00/M |
| ZIP +4 | $3.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $2.00/M |
| SECURE FTP | $50.00/F |

**RELATED LISTS**
- HEARTLAND AMERICA
- TV GUIDE
- CMC - THE CONSUMER MARKETING CONNECTION
- NATIONAL MAGAZINE EXCHANGE ACTIVE RESPONDERS
- WILAND PUBLISHING/SUBSCRIBER DATABASE
- WALTER DRAKE MASTERFILE
- I-BEHAVIOR DATABASE
- ALLIANT DIRECT AUDIENCES - MASTERFILE
- SEVENTH AVENUE BUYERS
- CONSUMER REPORTS



- PLEASE INQUIRE ABOUT EXCHANGE
- PLEASE INQUIRE ABOUT REUSE
- CANCELLATION FEE AT $100.00/F

Get Count    Get Pricing    Get More Information