# Exhibit H

The Wayback Machine - https://web.archive.org/web/20160729153347/http://privacy.pch.com:80/

 **Privacy Policy**

### Policy Summary

- Collection & Use

- Tracking Technologies

- Data Security

- Data Sharing

- Advertising

- User Options

- Other Information

 **Other Information**

#### Does pch.com collect information from users outside of the United States?

The pch.com site is not directed to visitors residing outside of the United States and such users are not eligible to submit online sweepstakes entries. However, as indicated in the Official Rules on the site, some sweepstakes promoted on the pch.com site are open to residents of Canada. Residents of Canada can participate in these sweepstakes by sending a write-in entry to the address provided in the Official Rules. We regret that as a result of system limitations at this time non-U.S. residents may not order products through pch.com. If pch.com becomes aware that a user who does not reside in the United States has registered with the pch.com site, pch.com will use reasonable efforts to remove such information from its files.

#### Does pch.com collect personal information from children?

The pch.com site is not targeted nor directed to children under the age of thirteen. PCH.com does not intend to collect personal information from individuals in this age group. If pch.com receives actual notice that a child under the age of thirteen has provided personal information to pch.com, pch.com will use reasonable efforts to remove such information from its files.

#### Your California Privacy Rights

The following information for California residents covers on-line (internet) and off-line (direct mail) information sharing activities. Please review the complete Publishers Clearing House Privacy Policy for full details on our information sharing and privacy practices. As detailed in our policy, from time to time we may share or exchange marketing information about the consumers who respond to our offers with other companies so they may contact you about products and services that may interest you. If you do not want your name passed on to other companies for the purpose of receiving marketing offers, just tell us by contacting us at privacychoices@pchmail.com This e-mail address is being protected from spambots. You need JavaScript enabled to view it. or by writing to Christopher L. Irving, Sr. Director, Consumer & Privacy Affairs, Publishers Clearing House, 382 Channel Drive, Port Washington, New York 11050 and we will be pleased to respect your wishes. Please make sure to provide both your email address and full name, mailing address, city, state and zip code information if you wish your request to apply to both on-line and off-line marketing information sharing.

#### What about Publishers Clearing House's off-line information and privacy practices?

Publishers Clearing House collects certain personal information from our direct mail customers and entrants primarily to process sweepstakes entries and fulfill orders for the products and services we offer. For example, we need your full name and address to enter you in the sweepstakes, notify you if you've won a prize or to send you any magazine subscription or product you may purchase. We may also use the personal data we collect for systems administration and troubleshooting purposes, and to report aggregate information to our marketing partners and other third parties. From time to time we may share or exchange marketing information about the consumers who respond to our offers with other companies so they may contact you about products and services that may interest you.

If you do not want your name passed on to other companies for the purpose of receiving marketing offers, just tell us by contacting us at privacychoices@pchmail.com. This e-mail address is being protected from spambots. You need JavaScript enabled to view it. or by writing to Christopher L. Irving, , Consumer & Privacy Affairs, Publishers Clearing House, 382 Channel Drive and we will be pleased to respect your wishes. Please make sure to provide your full name, address, city, state and zip code information if you wish your request to apply to both on-line and off-line marketing information sharing.

#### Further Questions?

We welcome any questions or comments you may have regarding this privacy policy or the use of personal data. To contact us, please visit the Info Center of the site or write directly to Christopher L. Irving, Consumer & Privacy Affairs, pch.com, 382 Channel Drive, Port Washington, New York, 11050.

© 2016 PCH | About Us | Contact Us | PCH Privacy Policy