# Exhibit I

The Wayback Machine - https://web.archive.org/web/20160730094459/http://info.pch.com:80/consumer-information/mailing-lists

PCH.com      About Publishers Clearing House      Contact Us      FAQs

HOME      YOUR PRIVACY      CONSUMER INFORMATION      CUSTOMER SERVICE      NEWS & PRESS      SEARCH

Legal Concerns

Mailing Lists

Consumer Affairs
Department

Consumer Support

General Sweepstakes
Information

Fraud Protection

Tips & Warning Signs

Winner Selection
Methodologies

Contest Integrity

Myths vs. Facts

Safe Harbor Privacy
Policy

Order Risk Free At
PCH.com

Shopping @ PCH

Home › Consumer information › Mailing Lists

## Mailing Lists

Companies want to reach people who are most likely to be interested in what they have to offer. That's why Publishers Clearing House, like all major direct mail marketers, rents and buys relevant mailing lists to help us find prospective customers -- instead of just sending mail at random.

For example, if you recently purchased a new home, you're probably in the market for furniture. But if you live in an apartment chances are you won't be shopping for a backyard swing set! At PCH we want to send our offers only to those who want to hear from us.

These prospect lists are created from information about your past purchases and interests. This information can come from public records, phone directories, club memberships, and other sources. So, for instance, if you've shown interest in contests and sweepstakes, you would likely want to hear from PCH too. Similarly, if you've shopped for the type of interesting and unique products we offer, we think you would welcome the exciting and value-based items we feature.

Our offers are only successful if you're interested in what we are sending to you. So, if at any time you wish to be removed from our mailing list, please contact our customer service team at the following link. For those who wish to be added to our mailing list, we welcome hearing from you. You can do so by contacting our customer service team. Simply click here.

In the online environment, consumers who visit PCH.com, have the opportunity to join our email programs. If at any point, a subscriber wishes to no longer participate in our email programs, they may unsubscribe at any time using the unsubscribe link which can be found in each and every email marketing communication.

PCHBlog            Find PCH on Facebook[®]            Follow PCH on Twitter[®]

Home    Your Privacy    Consumer Information    Customer Service    Recent Winners    Contact Us    FAQs

© Copyright 2012 pch.com. All Rights Reserved.