# Exhibit K



WHO WE ARE        WHAT WE DO ⌄        OUR WORK ⌄        BLOG

SEARCH DATACARDS            CONTACT US

"LSC Marketing Group has been a great partner, managing our file since it was put on the market in 2002. They have built a strong list rental program for PCH and we would not trust the management of our file to anyone else."

Linda Gewirtz, Senior Marketing Director
Publishers Clearing House

HOME EMAIL LISTS CALL

LSC Marketing Group

LSC Marketing Group combines 40+ years of direct marketing and digital expertise.

## Data Services

Data Acquisition
Data Modeling & Analytics
List Rental
Fulfillment
Data Processing
Data Enhancement
Managed Lists – Datacards

## Digital Marketing

Website Design & Development
Email Marketing
Display / Search Advertising
Search Engine Optimization
Social Media
Creative Services
Content Marketing

## Connect With Us

LSC Marketing Group
6 Trowbridge Drive
PO Box 516, Bethel, CT 06801

Phone:
(203) 743-2600

Email:
info@lscmarketinggroup.com

© 2022 All Rights Reserved | LSC Marketing Group | Privacy Policy | LSC Marketing Group CCPA Opt-Out Form

