UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Lou Pett, et al.,

                Plaintiff(s),

v.                                          Case No. 2:22–cv–11389–DPH–EAS
                                                Hon. Denise Page Hood

Publishers Clearing House, Inc.,

                Defendant(s),

_____/

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #25

- MOTION HEARING:  February 1, 2023 at 04:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/L. Saulsberry
                                                  Case Manager

Dated:   December 21, 2022