# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>  Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS |

## ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE

The Court, having read and considered Plaintiff Mary Lou Pett's, Kathleen Fick-Gee's, Diane Bryce's, Patti DelValle's, Michele Holcomb's, Kim Readus's, Alice Reese's, Erika Van Aller's, and Linda White's (collectively, "Plaintiffs") and Defendant Publishers Clearing House, LLC's[1] ("PCH" and, together with Plaintiffs, the "Parties") stipulation seeking an order from the Court continuing PCH's answer

---

[1] Erroneously sued as Publishers Clearing House, Inc.

deadline by two weeks, from June 6, 2023 to June 20, 2023 ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

    1.    The Stipulation is **GRANTED**; and

    2.    PCH's deadline to file its answer to the Second Amended Class Action Complaint is June 20, 2023.

**IT IS SO ORDERED.**


Dated:  June 8, 2023                                        s/Denise Page Hood
                                                                       United States District Judge

C:\Users\ecordero\Desktop\[Proposed] Order Gratnting Stipulation to Continue PCH's Deadline to Answer to June 20, 2023.docx

2