# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>   Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed: June 22, 2022<br>Complaint Served: June 30, 2022 |

The Court, having read and considered Plaintiff Mary Lou Pett's, Kathleen Fick-Gee's, Diane Bryce's, Patti DelValle's, Michele Holcomb's, Kim Readus's, Alice Reese's, Erika Van Aller's, and Linda White's (collectively, "Plaintiffs") and Defendant Publishers Clearing House, LLC's[1] ("PCH" and, together with Plaintiffs, the "Parties") stipulation seeking an order from the Court continuing PCH's answer deadline by ten days, from June 20, 2023 to June 30, 2023 ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

  1.  The Stipulation is **GRANTED**; and

---

[1] Erroneously sued as Publishers Clearing House, Inc.

2. PCH's deadline to file its answer to the Second Amended Class Action Complaint is continued to June 30, 2023.

**IT IS SO ORDERED.**

Dated:  June 20, 2023                                      s/Denise Page Hood
                                                          United States District Court Judge