# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>      Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND TO CONTINUE JULY 17, 2023 SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed:   June 22, 2022<br>Complaint Served: June 30, 2022 |

The Court, having read and considered Plaintiff Mary Lou Pett's, Kathleen Fick-Gee's, Diane Bryce's, Patti DelValle's, Michele Holcomb's, Kim Readus's, Alice Reese's, Erika Van Aller's, and Linda White's (collectively, "Plaintiffs") and Defendant Publishers Clearing House, LLC's[1] ("PCH" and, together with Plaintiffs, the "Parties") stipulation seeking an order from the Court (1) continuing PCH's answer deadline to fourteen (14) days after the Court issues a ruling on Plaintiffs' currently pending Motion for Reconsideration Of a Non-Final Order Granting In Part Defendant's Motion to Dismiss ("Motion for Reconsideration") [Dkt. No. 47];

---

[1] Erroneously sued as Publishers Clearing House, Inc.

and (2) continuing the Scheduling Conference, currently set for July 17, 2023 [Dkt. No. 45] and all related deadlines to a date that is convenient for the Court and that is after the Court issues a ruling on Plaintiffs' Motion for Reconsideration ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

1. The Stipulation is **GRANTED**; and

2. PCH's deadline to file its answer to the Second Amended Class Action Complaint is continued to fourteen (14) days after the Court issues its ruling on Plaintiff's Motion for Reconsideration;

3. The July 17, 2023 Scheduling Conference and the July 15, 2023 deadline to file the Joint Rule 26f Report are vacated; and

4. The Court will set a new Scheduling Conference and deadline to file the Joint Rule 26f after it issues a ruling on Plaintiffs' Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: July 12, 2023

s/Denise Page Hood
United States District Judge