UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Lou Pett, et al.,

                Plaintiff(s),

v.                                        Case No. 2:22−cv−11389−DPH−EAS
                                                Hon. Denise Page Hood

Publishers Clearing House, Inc.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion for Reconsideration − #47

IT IS HEREBY ORDERED that Publishers Clearing House, Inc. shall file a response to the above document on or before April 19, 2024. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                          s/Denise Page Hood
                                          Denise Page Hood
                                          U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/L. Saulsberry
                                          Case Manager

Dated:  April 3, 2024