UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mary Lou Pett, et al.,

                        Plaintiff(s),

v.                                          Case No. 2:22−cv−11389−DPH−EAS
                                              Hon. Denise Page Hood

Publishers Clearing House, Inc.,

                        Defendant(s),

## NOTICE TO APPEAR

   You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  October 7, 2024 at 10:00 AM

   **ADDITIONAL INFORMATION:**   Joint Rule 26f Report due September 23, 2024

## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/L. Saulsberry
                                                              Case Manager

Dated:   August 5, 2024