# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>      Defendant. | Case No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

This cause has come before the Court upon Defendant's Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Class Action Complaint (the "Stipulation"). Being fully advised, it is now:

ORDERED and ADJUDGED that the Stipulation is GRANTED. Defendant shall have until August 27, 2024, in which to serve its response to Plaintiff's Second Amended Complaint.

      **IT IS SO ORDERED.**

Dated:  August 15, 2024              s/Denise Page Hood
                                                Honorable Denise Page Hood
                                                United States District Judge

Copies furnished to:
Counsel of Record