**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**MARY LOU PETT, et al.,**

    **Plaintiffs,**

                                   **CIVIL ACTION NO.: 22-11389**

**v.**

                                   **HON. DENISE PAGE HOOD**

**PUBLISHERS CLEARING HOUSE, INC.,**

    **Defendant.**

_____/

## SCHEDULING ORDER

      This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:         October 21, 2024

**Amendments to Pleadings or Joinder of Parties**
    must be filed by:                    None anticipated

**PHASE I Discovery:**
    **Document Production** must be completed by:  January 17, 2025
    **Discovery** must be completed by:        February 28, 2025
    **Dispositive Motions** must be filed by:     March 28, 2025
    Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**PHASE II - Class Related Discovery:**
    The parties will meet and confer before submitting a proposed schedule to the Court 14 days after a ruling on the dispositive motions.

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7.   The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures.   The Scheduling Order continues to govern the case during the ADR process.   See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:** _____

**<u>Final Pretrial Conference</u>:**

    1)    A proposed *Joint* **Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine
must be filed by:        <u>June 16, 2025</u>

    2)    The **final pretrial conference** is set for:    <u>June 24, 2025, 2:00 pm</u>

    3)    Your client(s) or representative with full settlement authority **<u>must</u>** be present at the above conference.

**<u>Trial</u>** (Jury <u>X</u>  or Bench <u>   </u>) is set for:    <u>July 22, 2025, 9:30 am</u>

    No. of Days: <u>3-5</u>

    1)    The parties must exchange exhibits listed in the JFPTO prior to trial. Exhibits and witnesses not listed in the JFPTO will not be presented at trial.

    2)    The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**<u>Other Requirements</u>:**

    1)    The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.

    2)    Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.

    3)    A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion.   Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

    4)    Motions to seal documents used to support a motion, response, or reply or other matters on the record, must comply with Local Rule 5.3.

**<u>Additional Matters:</u>**    **<u>The parties' Rule 26(f) report is adopted, except as noted above.   Discovery related issues, including additional depositions required beyond those set forth in Fed. R. Civ. P. 30(a)(2)(i), may be made by motion.</u>**

<u>S/Denise Page Hood</u>
Denise Page Hood
United States District Judge

Dated:   October 10, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 10, 2024, by electronic and/or ordinary mail.

<u>S/LaShawn R. Saulsberry</u>
Case Manager