# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELLE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>       Defendant. | Case No.: 2:22-CV-11389-DPH-EAS<br><br>Hon. Denise Page Hood<br>Mag. Judge Elizabeth A. Stafford |

## NOTICE OF VOLUNTARY WITHDRAWAL OF MATTHEW D. PEARSON

PLEASE TAKE NOTICE that Matthew D. Pearson, of the law firm Baker Hostetler LLP, hereby withdraws his appearance as counsel for and on behalf of Defendant in the above-entitled action, which was filed with this Court on July 22, 2022. Mr. Pearson respectfully requests that this Court withdraw his appearance.

| | |
|---|---|
| DATED: January 23, 2025 | **BAKER & HOSTETLER LLP**<br><br>By: *s/ Matthew D. Pearson*<br>Casie D. Collignon<br>Matthew D. Pearson<br><br>BAKER HOSTETLER LLP<br>600 Anton Blvd., Suite 900<br>Costa Mesa, CA  92626<br>Tel.: (714) 754-6600<br>Fax: (714) 754-6611<br>Email: mpearson@bakerlaw.com<br>SBN 294302<br><br>Katherine L. Pullen (P74511)<br>WARNER NORCROSS + JUDD LLP<br>2715 Woodward Ave., Suite 300<br>Detroit, MI 48201<br>Tel.: (313) 546-6000<br>Email: kpullen@wnj.com<br><br>Attorneys for Defendant<br>PUBLISHERS CLEARING HOUSE, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I caused to be electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                        */s/ Matthew D. Pearson*
                                                                                        Matthew D. Pearson