# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELLE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>      Defendant. | Case No.: 2:22-CV-11389-DPH-EAS<br><br>Hon. Denise Page Hood<br>Mag. Judge Elizabeth A. Stafford |

## ORDER GRANTING NOTICE OF VOLUNTARY WITHDRAWAL

This matter is before the Court pursuant to the request of voluntary withdrawal of the appearance of attorney Matthew D. Pearson.

The Court being otherwise fully advised in the premises, **IT IS HEREBY ORDERED** that Matthew D. Pearson's appearance as counsel for and on behalf of Defendant in the above-entitled action, which was filed with this court on July 22, 2022, is withdrawn.

**IT IS SO ORDERED.**

Dated: January 27, 2025

s/Denise Page Hood
Denise Page Hood
U. S. District Judge