UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>Defendant. | Case No. 2:22-CV-11389-DPH-EAS<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION** |

This cause has come before the Court upon Defendant Publishers Clearing House, Inc.'s ("Defendant") and Plaintiffs Mary Lou Pett's, Kathleen Fick-Gee's, Diane Bryce's, Patti Del Valle's, Michele Holcomb's, Kim Readus', Alice Reese's, Erika Van Aller's, and Linda White's ("Plaintiffs," with Defendant, the "Parties") Stipulation to Stay Action Pending Mediation (the "Stipulation"). Being fully advised, it is now:

ORDERED and ADJUDGED that the Stipulation is GRANTED. This case, including all deadlines, are stayed until fourteen (14) days after the Parties' forthcoming mediation, at which time the Parties will file a joint status report advising the Court on the outcome of the mediation, and, if the mediation does not

result in early resolution, a proposed schedule for any remaining deadlines, including for close of discovery and dispositive motions.  The Parties will also submit a joint status report advising the Court of the selection of a mediator and the date of mediation, as well as a firm deadline by which the Parties are to file the joint status report regarding the outcome of mediation, as soon as practicable after a mediator and mediation date are selected.

**IT IS SO ORDERED.**

Dated:  March 7, 2025                                    s/Denise Page Hood
                                                                            Honorable Denise Page Hood
                                                                            United States District Judge