# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY LOU PETT; KATHLEEN FICK-GEE; DIANE BRYCE; PATTI DELVALLE; MICHELE HOLCOMB; KIM READUS; ALICE REESE; ERIKA VAN ALLER; and LINDA WHITE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PUBLISHERS CLEARING HOUSE, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:22-CV-11389-DPH-EAS<br><br>**NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** |

PLEASE BE ADVISED that on April 9, 2025 (the "Petition Date"), Publishers Clearing House LLC [1] ("Debtor") filed a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The voluntary petition of Debtor is attached hereto as **Exhibit A** and is also available on the website of Debtor's claims and noticing agent at https://cases.omniagentsolutions.com/?clientId=3731. The Debtor's chapter 11 cases (the "Chapter 11 Cases") are pending before the Honorable Martin Glenn,

---

[1] Erroneously sued as Publishers Clearing House, Inc.

United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *Publishers Clearing House LLC*, Case No. 25-10694-mg.

**PLEASE BE FURTHER ADVISED** that the Debtor is authorized to continue to operate its business and manage its property as debtor and debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE BE FURTHER ADVISED** pursuant to section 362(a) of the Bankruptcy Code, the automatic stay is in effect and has been since the Petition Date. The automatic stay prohibits and stays certain actions against the Debtor, including, subject to certain exceptions, the commencement or continuation of litigation that could have been or was commenced before the Petition Date. Actions taken in violation of the automatic stay, including, without limitation, exercising control of the Debtor's property or pursuing causes of action against the Debtor without obtaining the necessary relief from the automatic stay from the Bankruptcy Court, are void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at https://ecf.nysb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the

Debtor's proposed claims and noticing agent, Omni Agent Solutions, Inc. ("Omni"), at https://cases.omniagentsolutions.com/?clientId=3731 or by contacting the proposed bankruptcy counsel for the Debtor: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036 (Attn: Lauren Catherine Kiss, Esq. (lkiss@klestadt.com); Tracy L. Klestadt, Esq. (tklestadt@klestadt.com); and Stephanie R. Sweeney, Esq. (ssweeney@klestadt.com).

Dated: April 11, 2025

Respectfully submitted,

By: *s/ Casie D. Collignon*
Casie D. Collignon (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO  80202
Tel.: 303-861-600
Facs.: 3030-861-7805
Email:   ccollignon@bakerlaw.com

*Attorney for Defendant*
PUBLISHERS CLEARING HOUSE LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I caused to be electronically filed the foregoing **NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Casie D. Collignon*
Casie D. Collignon