# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MARY LOU PETT, et al.**,

   Plaintiffs,

v.

Case No. 22-11389
HON. DENISE PAGE HOOD

**PUBLISHING CLEARING HOUSE, INC.**,

   Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

On April 11, 2025, Defendant Publishers Clearing House, Inc. filed a Notice of Bankruptcy (ECF No. 69) stating that a bankruptcy action was filed.

Accordingly,

IT IS ORDERED that this action is **STAYED pursuant to 11 U.S.C. § 362(a) and ADMINISTRATIVELY CLOSED.** The action may be reopened once any party provides the Court with notice that the bankruptcy stay has been lifted.

                                                        s/Denise Page Hood
                                                        DENISE PAGE HOOD
                                                        UNITED STATES DISTRICT JUDGE

Dated: June 18, 2025